JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HPT IHG-2 PROPERTIES TRUST dba STAYBRIDGE SUITES and IHG MANAGEMENT (MARYLAND) LLC,<br><br>　　　　Defendants. | Case No. 2:20-cv-11621-MEMF (AGRx)<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [ECF NO. 43]** |

/ / /

/ / /

|   |   |
|---|---|
| 1 | The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of |
| 2 | Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed |
| 3 | with prejudice, with the Court to retain jurisdiction over the parties and the action until July 30, |
| 4 | 2024, for the sole purpose of enforcement of the parties' obligations under Section 2(c) of the |
| 5 | parties' Confidential Settlement Agreement and Release and Exhibit A to the Confidential |
| 6 | Settlement Agreement and Release. |
| 7 | Each party is to bear its own fees and costs. |
| 9 | IT IS SO ORDERED. |
| 11 | Dated: January 18, 2023 |
| 12 | MAAME EWUSI-MENSAH FRIMPONG |
| 13 | United States District Judge |